FILED

FEB 2 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KYM MCLAUGHLAN, Conservator and Representative of Christian Cook, an incompetent adult,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>TORRANCE UNIFIED SCHOOL DISTRICT,<br><br>        Defendant-Appellee. | No.   21-55734<br><br>D.C. No.<br>2:20-cv-02295-GW-RAO<br>Central District of California, Los Angeles<br><br>ORDER |

The stipulated motion to dismiss this appeal without prejudice (Docket Entry No. 11) is granted. Pursuant to the parties' stipulation, this appeal is dismissed without prejudice to reinstatement in the event the district court denies a motion to approve the parties' settlement.

Reinstatement shall be by notice filed by any party in this court and served on the other parties and the Circuit Mediator within 28 days of an order by the district court denying a motion to approve the parties' settlement. If no timely notice of reinstatement is filed and served, this appeal will be deemed dismissed with prejudice.

2

A copy of this order shall serve as and for the mandate of this court.

        FOR THE COURT:

        By: Stephen M. Liacouras
        Chief Circuit Mediator